**STRASBURGER & PRICE LLP**
2801 Network Blvd., Suite 600
Frisco, TX 75034
Tel: (469) 287-3955
Fax: (469) 227-6574

Paul W. Sheldon (*Admitted Pro Hac Vice*)
paul.sheldon@strasburger.com

AND

**MUSICK, PEELER & GARRETT LLP**
Attorneys at Law
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626-1925
Telephone: (714) 668-2400
Facsimile: (714) 668-2490

Donald E. Bradley (State Bar # 145037)
d.bradley@mpglaw.com

Attorneys for Defendant Trans Union LLC
(incorrectly named TransUnion, Corp.)

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 12 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MARISELA MORALES, an Individual;<br>Plaintiff,<br>vs.<br>EQUIFAX, INC., et al.,<br>Defendants. | CASE No. 2:09-cv-05687-DMG (AGRx)<br>Hon. Dolly M. Gee<br>[~~PROPOSED~~] ORDER ON STIPULATION OF ENTRY OF PROTECTIVE ORDER |

PURSUANT TO the attached Stipulated Protective Order, and good cause appearing therefor,

IT IS HEREBY ORDERED that a protective order be entered forthwith pursuant to the terms of the Stipulated Protective Order filed herewith.

SIGNED this 12th day of February, 2010.

*Alicia G. Rosenberg*
~~DOLLY M. GEE~~
~~UNITED STATES DISTRICT JUDGE~~

**ALICIA G. ROSENBERG**
**UNITED STATES MAGISTRATE JUDGE**

Page 1

2988056.1/SP/83057/0908/020910