Robert F. Brennan, Esq. [S.B. #132449]
Robert A. Wiener, Esq. [S.B. #132847]
**BRENNAN, WIENER & ASSOCIATES**
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Marisela Morales

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA MORALES, an Individual;<br><br>       Plaintiff,<br><br>       vs.<br><br>EQUIFAX, INC., is a Corporation; EXPERIAN INFORMATION SOLUTIONS INC.; TRANSUNION, CORP., CITIMORTGAGE INC., a business entity, form unknown; SPECIALIZED LOAN SERVICING LLC, a business entity, form unknown, and DOES 1-10, Inclusive,<br><br>       Defendants. | Case No.: CV09-5687 DMG (AGRx)<br><br>Assigned: Hon. Dolly M. Gee<br><br>Courtroom: 7<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS [49] JS-6** |

Plaintiff Marisela Morales has announced to the Court that all matters in controversy against all Defendants have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1  IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff Marisela Morales against all defendants are in all respect dismissed with
3  prejudice to the refiling of same, with Court costs to be paid by the party incurring
4  same.

6  DATED: April 27, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

ORDER of Dismissal with Prejudice